588

*David Kairys,* with him *Kairys & Rudovsky,* for appellant.

*J. Bruce McKissock,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 20, 1972:
Judgment of sentence affirmed.
Mr. Justice NIX took no part in the consideration or decision of this case.

## Commonwealth *v.* Walters, Appellant.

Submitted January 18, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Michael F. Walsh, Stephen P. Gallagher,* and *O'Halloran, Stack & Smith,* for appellant.

*Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 20, 1972:
Order affirmed.

## Lock Estate.

Argued January 21, 1971; reargued November 16, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*George W. Gekas,* with him *Earl J. Melman,* and *Melman, Gekas and Nicholas,* for appellant.